UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNWEALTH GLOBAL HK LTD. AND ANIL KUMAR DHANWANI,

                Plaintiffs,

– v. –

PINDER INTERNATIONAL, INC., 30 BELOW CORP. F/K/A CKEL GENERATION CORP., AND JITANDER SINGH DHALL,

                Defendants.

**ORDER**

20 Civ. 1436 (ER)

Ramos, D.J.:

       The Court is in receipt of Plaintiffs' letter dated April 16, 2021 advising that they will not file a second amended complaint.  Doc. 61.  The Clerk of Court is therefore respectfully directed to close this case.

It is SO ORDERED.

Dated:    April 19, 2021
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.