UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNWEALTH GLOBAL HK LTD. AND ANIL KUMAR DHANWANI,

                 Plaintiffs,

– v. –

PINDER INTERNATIONAL, INC., 30 BELOW CORP. F/K/A CKEL GENERATION CORP., AND JITANDER SINGH DHALL,

                 Defendants.

**ORDER**

20 Civ. 1436 (ER)

Ramos, D.J.:

      The Court granted Defendants' motion to dismiss on March 23, 2021. Doc. 58. On April 19, 2021, following Plaintiffs' letter advising that they would not file a Second Amended Complaint, the Court closed this case. Docs. 61, 62. Thus, for the reasons discussed in the Court's Opinion and Order granting Defendants' motion to dismiss, the Clerk of Court is respectfully directed to enter judgment for Defendants.

      It is SO ORDERED.

Dated:   April 20, 2021
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.