**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SUNWEALTH GLOBAL HK LTD. AND ANIL
KUMAR DHANWANI,

                Plaintiffs,

-against-

PINDER INTERNATIONAL, INC., 30 BELOW
CORP. F/K/A CKEL GENERATION CORP.,
AND JITANDER SINGH DHALL,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2021

20 CIVIL 1436 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 20, 2021, the Court granted Defendants' motion to dismiss on March 23, 2021. Doc. 58. On April 19, 2021, following Plaintiffs' letter advising that they would not file a Second Amended Complaint, the Court closed this case. Docs. 61, 62. Thus, for the reasons discussed in the Courts Opinion and Order granting Defendants' motion to dismiss, judgment is entered for Defendants.

**Dated:** New York, New York

      April 20, 2021

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                       BY:

                                                     **Deputy Clerk**